UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY C.E. CHAMBERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:20-CV-73 PLC |
| ) | |
| **KILOLO KIJAKAZI,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Anthony Charles Eugene Chambers' application for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  [ECF No. 44] Plaintiff requests an award of $4,287.50, representing 24.5 hours at a rate of $175.00 per hour. Plaintiff attaches an Assignment of Fees, in which he assigned any court-awarded fee to his attorney, Barry V. Cundiff.  [ECF No. 44-3]

Defendant filed a response to Plaintiff's application for attorney fees, in which she states: "Defendant agrees to an award of EAJA fees in the amount of $4,287.50."  [ECF No. 45] Defendant requests that the Court enter an order "specifically awarding attorney fees and expenses of **$4,287.50** to be paid by the Social Security Administration."  [Id. (emphasis in original)]  She notes, however, that any award of attorney fees is subject to offset to satisfy any pre-existing debt Plaintiff owes to the United States.  See Astrue v. Ratliff, 560 U.S. 586 (2010).

After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney fees [ECF No. 44] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded EAJA attorney fees in the amount of $4,287.50, subject to offset for any preexisting debt that the Plaintiff owes to the United States. After determining whether Plaintiff owes any debt to the United States that is subject to offset, Defendant is directed to pay the EAJA fees directly to Plaintiff's attorney.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of August, 2022